MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR. (FJL:3210)
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SAIF ULLAH KHAN,                                             :    STIPULATION AND
                                                                  ORDER OF TRANSFER
                   Plaintiff,                                :
         v.                                                       07 Civ. 5896 (SCR)
                                                             :
ANDREA QUARANTILLO, District Director,
United States Citizenship and Immigration Services, et al.,  :

                   Defendants.                               :
------------------------------------------------------------ x

   IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be,

and hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant

to U.S.C. § 1447(b) and 28 U.S.C. § 1631.

Defendants Attorney hereby agrees to file the stipulation in Court and notify all parties accordingly.


Dated:   Forest Hills, New York          LAW OFFICES OF N.M. GEHI, P.C.
         July 3RD, 2007                  Attorneys for Plaintiff

                                  By:    _____
                                         NARESH M. GEHI, ESQ.
                                         118-21 Queens Boulevard, Suite 411
                                         Forest Hills, NY 11375
                                         Tel. No.: (718) 263-5999


Dated:   New York, New York              MICHAEL J. GARCIA
         July 6, 2007                    United States Attorney for the
                                         Southern District of New York
                                         Attorney for Defendants

                                  By:    _____
                                         F. JAMES LOPREST, JR. (FJL:3210)
                                         Special Assistant United States Attorney
                                         86 Chambers Street, 4th Floor
                                         New York, NY 10007
                                         Tel. No.: (212) 637-2728


SO ORDERED:

_____
HONORABLE STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2007

USDC SDNY
DOCUM...
F...
D...